Fill in this information to identify the case:

United States Bankruptcy Court for the:

Middle District of Florida

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | |
|---|---|
| **1. Debtor's name** | Alrod Logistics, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**

2  0  –  8  4  1  9  3  0  2

**4. Debtor's address**

**Principal place of business**

1492 Bellshore Circle
Number        Street

_____

Jacksonville, FL 32218
City                    State    ZIP Code

Duval
County

**Mailing address, if different from principal place of business**

_____
Number        Street

P.O. Box

_____
City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                    State    ZIP Code

**5. Debtor's website (URL)**

_____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Alrod Logistics, Inc._____     Case number *(if known)* _____
       Name

**7. Describe debtor's business**

**A.** *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

**B.** *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                    MM / DD / YYYY
       District _____ When _____ Case number _____
                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When _____
                           MM / DD / YYYY
       Case number, if known _____

Debtor    Alrod Logistics, Inc.                                                        Case number (if known) _____
         Name

| 11. Why is the case filed in *this district*? | Check all that apply: |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    _____                _____
    Number        Street

    _____      _____    _____
    City                        State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name        _____

          Phone               _____

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Alrod Logistics, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/01/2023
              MM/ DD/ YYYY

X /s/ Alejandro Echeverria                                        Alejandro Echeverria
Signature of authorized representative of debtor                  Printed name

Title                         President

**18. Signature of attorney**

X                 /s/ Bryan K. Mickler                    Date  08/01/2023
Signature of attorney for debtor                                MM/ DD/ YYYY

 Bryan K. Mickler
Printed name

 Law Offices of Mickler & Mickler, LLP
Firm name

 5452 Arlington Expy.
Number        Street

 Jacksonville                                    FL        32211
City                                             State     ZIP Code

                                                 bkmickler@planlaw.com
Contact phone                                    Email address

 091790                                          FL
Bar number                                       State

Fill in this information to identify the case:

Debtor name _____Alrod Logistics, Inc._____

United States Bankruptcy Court for the:
_____Middle District of Florida_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Vystar Credit Union** | **Checking account** | **1799** | **$241.60** |

   **Additional Page Total** - *See continuation page for additional entries* **$4,510.40**

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$4,752.00** |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

| Debtor | **Alrod Logistics, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $0.00

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**11. Accounts Receivable**

| 11a. 90 days old or less: | **$63,000.00** <br> face amount | – | **$0.00** <br> doubtful or uncollectible accounts | = ...... → | **$63,000.00** |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **$85,375.00** <br> face amount | – | **$0.00** <br> doubtful or uncollectible accounts | = ...... → | **$85,375.00** |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $148,375.00

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                                % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Debtor    **Alrod Logistics, Inc.**                                          Case number *(if known)*
Name

**None**

**17.  Total of Part 4**                                                                                        **$0.00**
Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

---

**Part 5:**  Inventory, excluding agriculture assets

---

**18.  Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.  Raw materials**

**None**

**20.  Work in progress**

**None**

**21.  Finished goods, including goods held for resale**

**None**

**22.  Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| **currently no inventory of liners due to** | | **$0.00** | | **$0.00** |
| 22.1 **cash situation** | MM / DD / YYYY | | | |

**23.  Total of Part 5**                                                                                        **$0.00**
Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

---

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    __Alrod Logistics, Inc._____    Case number *(if known)* _____
       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

    **None**

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

30. **Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

31. **Farm and fishing supplies, chemicals, and feed**

    **None**

32. **Other farming and fishing-related property not already listed in Part 6**

    **None**

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                                           $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

Debtor   **Alrod Logistics, Inc.**_____   Case number *(if known)* _____
         Name

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** Office furniture

   **None**

**40.** Office fixtures

   **None**

**41.** Office equipment, including all computer equipment and communication systems equipment and software

| 41.1 **Sewer Camera Equipment** | (Unknown) | | $25,000.00 |
|---|---|---|---|

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   **None**

**43.** Total of Part 7

   Add lines 39 through 42. Copy the total to line 86.                                   $25,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| 47.1 **2020 Ford F150 Supercrew White** / VIN: **1FTEW1CB0LFC11563** | (Unknown) | replacement | $35,000.00 |
|---|---|---|---|
| 47.2 **2019 Ford F350 Dually** / VIN: **1FD8W3HT7KED72079** | (Unknown) | replacement | $45,000.00 |

| Debtor | **Alrod Logistics, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

47.3 **2017 Ford F-150 / VIN: 1FTEW1EGOHFC43168**      **(Unknown)**    replacement      **$28,300.00**

**Additional Page Total** - *See continuation page for additional entries*      **$220,000.00**

48. **Watercraft, trailers, motors, and related accessories** *Examples*:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

48.1 **2020 Deep South Cargo Trailer (6' x 24')**      **(Unknown)**      **$2,500.00**

**Additional Page Total** - *See continuation page for additional entries*      **$294,000.00**

49. **Aircraft and accessories**

   **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery
    and equipment)**

50.1 **2022 Takeuchi Compact Excavator**      **(Unknown)**    replacement      **$50,000.00**

**Additional Page Total** - *See continuation page for additional entries*      **$70,000.00**

51. **Total of Part 8**      **$744,800.00**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9: Real Property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

   **None**

56. **Total of Part 9**      **$0.00**
    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.

Debtor     __Alrod Logistics, Inc.__                                          Case number *(if known)* _____
          Name

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 10:    Intangibles and Intellectual Property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**
     ☑ No. Go to Part 11.
     ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

     **None**

61.  **Internet domain names and websites**

     **None**

62.  **Licenses, franchises, and royalties**

     **None**

63.  **Customer lists, mailing lists, or other compilations**

     **None**

64.  **Other intangibles, or intellectual property**

     **None**

65.  **Goodwill**

     **None**

66.  **Total of Part 10**
     Add lines 60 through 65. Copy the total to line 89.                                    **$0.00**

67.  **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

---

Debtor    **Alrod Logistics, Inc.**                                    Case number *(if known)*
Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑No
☐Yes

**Part 11:** All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☑No. Go to Part 12.
☐Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
**None**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**None**

73. **Interests in insurance policies or annuities**
**None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**None**

76. **Trusts, equitable or future interests in property**
**None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**None**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                          $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑No
☐Yes

Debtor    **Alrod Logistics, Inc.**
_____    Case number *(if known)* _____
Name

---

**Part 12:**   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $4,752.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $148,375.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $744,800.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $922,927.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................... | | $922,927.00 |

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **9**

| Debtor | **Alrod Logistics, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts -** *Continued*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **Vystar Credit Union** | **Checking account** | **1062** | **$4,510.40** |
| 3.3 **Vystar Credit Union** | **Savings account** | **5154** | **$0.00** |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles -** *Continued*

| | | | |
|---|---|---|---|
| **2006 Dodge Ram 2500 Quad Cab / VIN:**<br>47.4 **3D7KS28C96G209339** | **(Unknown)** | **replacement** | **$20,000.00** |
| 47.5 **2018 Ford F-250 / VIN: 1FT7W2B67JEB37225** | **(Unknown)** | **replacement** | **$39,000.00** |
| 47.6 **2012 Ford F-350 / VIN: 1FD8W3GT5CEB70070** | **(Unknown)** | **replacement** | **$25,000.00** |
| 47.7 **2015 Ford F-350 / VIN: 1FT8W3DT3FEC60928** | **(Unknown)** | **replacement** | **$31,000.00** |
| 47.8 **2020 Dodge Ram 1500 / VIN: 3C6RR6KT4LG219171** | **(Unknown)** | **replacement** | **$30,000.00** |
| 47.9 **2018 Dodge Ram 3500 Chasis / VIN: 3C7WRTCL8JG376632** | **(Unknown)** | **replacement** | **$32,000.00** |
| 47.10 **2022 Ford F-150 Grey / VIN: 1FTEW1CP4NFA42145** | **(Unknown)** | **replacement** | **$43,000.00** |

**48. Watercraft, trailers, motors, and related accessories -** *Continued*

| | | | |
|---|---|---|---|
| 48.2 **UV Trailer Buildout** | **(Unknown)** | **replacement** | **$200,000.00** |
| 48.3 **UV Conveyor Trailer** | **(Unknown)** | **replacement** | **$35,000.00** |
| 48.4 **2022 Gooseneck Dump Trailer** | **(Unknown)** | **replacement** | **$9,500.00** |
| 48.5 **2023 PJ Gooseneck Trailer** | **(Unknown)** | **replacement** | **$12,000.00** |
| 48.6 **2022 G7 Jetter Trailer** | **(Unknown)** | **replacement** | **$35,000.00** |
| 48.7 **2020 Deep South 10' trailer** | **(Unknown)** | | **$2,500.00** |

**50. Other machinery, fixtures, and equipment -** *Continued*

| | | | |
|---|---|---|---|
| 50.2 **Skid Steer and Winch** | **(Unknown)** | **replacement** | **$70,000.00** |

Fill in this information to identify the case:

Debtor name    Alrod Logistics, Inc.

United States Bankruptcy Court for the:    Middle    District of    Florida
                                             (State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Ally Financial | **Describe debtor's property that is subject to a lien**<br><br>2020 Ford F150 Supercrew White | $35,000.00 | $35,000.00 |
| **Creditor's mailing address**<br>P.O. Box 380902<br>Minneapolis, MN 55438 | **Describe the lien**<br>_____ | | |
| **Creditor's email address, if known**<br>_____ | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number**   5 0 1 7 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority.<br>_____ | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,309,825.60

| Debtor | Alrod Logistics, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2  Creditor's name**

Ally Financial

**Creditor's mailing address**

P.O. Box 380902

Minneapolis, MN 55438

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          5  0  7  9

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**          $38,000.00          $28,300.00

2017 Ford F-150

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Alrod Logistics, Inc.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

Ally Financial

**Creditor's mailing address**

P.O. Box 380902

Minneapolis, MN 55438

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of**    5  0  9  6
**account
number**

**Do multiple creditors have an interest
in the same property?**

☑ No

☐ Yes. Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including
        this creditor, and its relative
        priority.

        _____

    ☐ Yes. The relative priority of creditors
        is specified on lines _____

**Describe debtor's property that is subject to a
lien**

2018 Ford F-250

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

    $48,000.00         $39,000.00

Debtor    Alrod Logistics, Inc.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.4  Creditor's name**

Ally Financial

**Creditor's mailing address**

P.O. Box 380902

Minneapolis, MN 55438

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    5  7  6  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2012 Ford F-350

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$18,000.00          $25,000.00

Debtor    Alrod Logistics, Inc.                                            Case number (if known) _____
             Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

Ally Financial

**Describe debtor's property that is subject to a lien**

2015 Ford F-350

$27,000.00          $31,000.00

**Creditor's mailing address**

P.O. Box 380902

Minneapolis, MN 55438

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    5  8  5  5

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Alrod Logistics, Inc.                                    Case number (if known) _____
      Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6  Creditor's name**

Ally Financial

**Creditor's mailing address**

P.O. Box 380902

Minneapolis, MN 55438

**Creditor's email address, if known**

_____

**Date debt was**              _____
**incurred**

**Last 4 digits of**           5   7   9   2
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Dodge Ram 1500

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$35,000.00          $30,000.00

| Debtor | Alrod Logistics, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.7 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $54,000.00 | $32,000.00 |
|---|---|---|---|---|

**Creditor's name**

Ally Financial

**Describe debtor's property that is subject to a lien**

2018 Dodge Ram 3500 Chasis

**Creditor's mailing address**

P.O. Box 380902

Minneapolis, MN 55438

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    5  7  8  8

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Alrod Logistics, Inc.                                    Case number (if known) _____
          _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Part 1:**    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8**   **Creditor's name**

Ford Motor Credit Co., LLC

**Creditor's mailing address**

1 American Rd

Dearborn, MI 48126

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford F-150 Grey

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$40,000.00

$43,000.00

Debtor   Alrod Logistics, Inc.
         Name                                                              Case number (if known) _____

---

| **Part 1:** | Additional Page | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

GM Financial

**Creditor's mailing address**

4001 Embarcadero Dr

Arlington, TX 76014

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   9  1  8  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Ford F350 Dually

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $43,000.00 | $45,000.00 |

Debtor    Alrod Logistics, Inc.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.10** **Creditor's name**

United States of America

**Creditor's mailing address**

c/o Small Business Administration

2 NORTH 20TH ST. #320

Birmingham, AL 35203

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Amerifactors Residuals

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $88,000.00     Column B: $50,000.00

Debtor    Alrod Logistics, Inc.                                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

Vision Financial Group Inc.

**Creditor's mailing address**

615 Iron City Drive

Pittsburgh, PA 15205

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** __0_ _1_ _0_ _1_
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UV Trailer Buildout

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$411,298.23        $200,000.00

Debtor  Alrod Logistics, Inc.                                    Case number (if known) _____
_____
Name

| **Part 1:**  Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |

**2.12  Creditor's name**

Vision Financial Group Inc.

**Creditor's mailing address**

615 Iron City Drive

Pittsburgh, PA 15205

**Creditor's email address, if known**

_____

**Date debt was**      _____
**incurred**

**Last 4 digits of**      0  2  0  1
**account
number**

**Do multiple creditors have an interest
in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
           this creditor, and its relative
           priority.

   _____

   ☐ Yes. The relative priority of creditors
           is specified on lines _____

**Describe debtor's property that is subject to a
lien**                                              $59,481.32        $25,000.00

Sewer Camera Equipment

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Alrod Logistics, Inc.                                      Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.13** **Creditor's name**

Vision Financial Group Inc.

**Creditor's mailing address**

615 Iron City Drive

Pittsburgh, PA 15205

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          0  3  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UV Conveyor Trailer

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$78,590.36          $35,000.00

Debtor    Alrod Logistics, Inc.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.14** **Creditor's name**

Vision Financial Group Inc.

**Creditor's mailing address**

615 Iron City Drive

Pittsburgh, PA 15205

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** 0 4 0 1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Takeuchi Compact Excavator

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$79,408.69          $50,000.00

Debtor _Alrod Logistics, Inc._____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15** **Creditor's name**

Vision Financial Group Inc.

**Creditor's mailing address**

615 Iron City Drive

Pittsburgh, PA 15205

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** 0 5 0 1
**account
number**

**Do multiple creditors have an interest
in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including
  this creditor, and its relative
  priority.

  _____

  ☐ Yes. The relative priority of creditors
  is specified on lines _____

**Describe debtor's property that is subject to a lien**    $18,694.72    $9,500.00

2022 Gooseneck Dump Trailer

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Alrod Logistics, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.16** **Creditor's name**

Vision Financial Group Inc.

**Creditor's mailing address**

615 Iron City Drive

Pittsburgh, PA 15205

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** 0 6 0 1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 PJ Gooseneck Trailer

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $23,027.00

Column B: $12,000.00

Debtor    Alrod Logistics, Inc.                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |

**2.17 Creditor's name**

Vision Financial Group Inc.

**Creditor's mailing address**

615 Iron City Drive

Pittsburgh, PA 15205

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    0  7  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Skid Steer and Winch

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$137,425.28          $70,000.00

| Debtor | Alrod Logistics, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | | |
|---|---|---|---|---|
| **2.18** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $75,900.00 | $35,000.00 |
| | Vision Financial Group Inc. | 2022 G7 Jetter Trailer | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | 615 Iron City Drive | | | |
| | Pittsburgh, PA 15205 | | | |
| | **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | | ☑ No | | |
| | **Last 4 digits of account number**   0  8  0  1 | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| | | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply. | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Have you already specified the relative priority? | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | ☐ No.  Specify each creditor, including this creditor, and its relative priority. | | | |
| | ☐ Yes. The relative priority of creditors is specified on lines _____ | | | |

---

Fill in this information to identify the case:

Debtor name _____ Alrod Logistics, Inc. _____

United States Bankruptcy Court for the:

_____ Middle District of Florida _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br><br>**Florida Department of Revenue**<br><br>**P.O. Box 6668**<br><br>**Tallahassee, FL 32314**<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **unknown** | **unknown** |
| **2.2** | **Priority creditor's name and mailing address**<br><br>**Internal Revenue Service**<br><br>**Attn: Bankruptcy**<br><br>**400 W. Bay Street**<br><br>**Jacksonville, FL 32202**<br><br>**Date or dates debt was incurred**<br>**2022-2023**<br><br>**Last 4 digits of account number** 9 3 0 2<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $55,000.00 | $55,000.00 |

Debtor    **Alrod Logistics, Inc.**                                                        Case number *(if known)* _____
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

**Acme Barricades**

**9800 Normandy Blvd**

**Jacksonville, FL 32221**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$23,000.00 _____

---

**3.2**  Nonpriority creditor's name and mailing address

**Alta Equipment Company**

**8750 Philips Hwy**

**Jacksonville, FL 32256**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,089.00 _____

---

**3.3**  Nonpriority creditor's name and mailing address

**Ameris Bank**

**P.O. Box 105075**

**Atlanta, GA 30348**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00 _____

---

**3.4**  Nonpriority creditor's name and mailing address

**Cecil W. Powell Company**

**219 N. Newman St.**

**Jacksonville, FL 32202**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$28,000.00 _____

Debtor   __Alrod Logistics, Inc.__                                    Case number *(if known)* _____
         Name

---

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.5** **Nonpriority creditor's name and mailing address**
CEMEX

10100 Katy Freeway, Suite 300.

Houston, TX 77043

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**     $27,351.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Contech Engineered Solutions

9100 Centre Pointe Drive

West Chester, OH 45069

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**     $14,956.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
County Materials Corporation

25750 County Rd 561

Astatula, FL 34705

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**     $28,358.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
Cubesmart Rentals

5 Old Lancaster Rd

Malvern, PA 19355

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**     $5,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Alrod Logistics, Inc.**                                    Case number *(if known)* _____
          Name

---

| **Part 2:** | Additional Page |

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,787.00
E Advance Services/Canacap | *Check all that apply.*

C/O CORPORATION SERVICE COMPANY | ☑ Contingent
☑ Unliquidated
☑ Disputed
80 State St.

Albany, NY 12207 | **Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00
Fox Capital Group, Inc. | *Check all that apply.*

140 Broadway Fl 46 | ☑ Contingent
☑ Unliquidated
New York, NY 10005 | ☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,296.81
GapVax | *Check all that apply.*

575 Central Ave. | ☐ Contingent
☐ Unliquidated
Johnstown, PA 15902 | ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.75
Garrett Sod Service, LLC | *Check all that apply.*

8435 Florence Cove Rd | ☐ Contingent
☐ Unliquidated
Saint Augustine, FL 32092 | ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Alrod Logistics, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

### 3.13

**Nonpriority creditor's name and mailing address**

Hoyer's Express Tree Service, LLC

14798 SW 151st Ave

Brooker, FL 32622

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$35,000.00

### 3.14

**Nonpriority creditor's name and mailing address**

Impreg

8000 Whitepine Road

Richmond, VA 23237

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$286,097.00

### 3.15

**Nonpriority creditor's name and mailing address**

Kapitus Funding

120 W 45th St

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$150,000.00

### 3.16

**Nonpriority creditor's name and mailing address**

LG Funding

1218 Union St

Brooklyn, NY 11225

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$97,950.00

| Debtor | **Alrod Logistics, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.17** | Nonpriority creditor's name and mailing address

**Libertas Funding**

**411 West Putnam Avenue Suite 220**

**Greenwich, CT 06830**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$180,000.00

---

**3.18** | Nonpriority creditor's name and mailing address

**Liquidbee 1 LLC**

**295 Madison Avenue Fl. 22**

**New York, NY 10017**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$48,000.00

---

**3.19** | Nonpriority creditor's name and mailing address

**Manatee County Utilities**

**1112 Manatee Avenue West**

**Bradenton, FL 34205**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$696.73

---

**3.20** | Nonpriority creditor's name and mailing address

**Mayer Construction Supply, LLC.**

**10 Eastgate Dr,**

**Brunswick, GA 31525**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$85,000.00

---

| Debtor | **Alrod Logistics, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $337,000.00
---|---|---|---
| MCA Resolve, LLC | *Check all that apply.* |
| | ☑ Contingent |
| 220 Congress Park Dr, STE 215 | ☑ Unliquidated |
| Delray Beach, FL 33445 | ☑ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,199.22
---|---|---|---
| Murray Ford | *Check all that apply.* |
| | ☐ Contingent |
| 13447 US HWY 301 | ☐ Unliquidated |
| Starke, FL 32091 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
---|---|---|---
| Nationwide Mutual Insurance Co. | *Check all that apply.* |
| Attn: John Tyszka | ☑ Contingent |
| | ☑ Unliquidated |
| Po Box 182068 | ☑ Disputed |
| Columbus, OH 43218 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred  _____ | ☑ No |
| Last 4 digits of account number  _6_ - _G_ _O_ | ☐ Yes |

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395,001.00
---|---|---|---
| Omega Liner Company | *Check all that apply.* |
| | ☐ Contingent |
| 515 Noid Road | ☐ Unliquidated |
| Canton, SD 57013 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

Debtor    **Alrod Logistics, Inc.**
          Name                                                      Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.25** **Nonpriority creditor's name and mailing address**

**Preferred Materials**

**6699 Colray Ct**

**Jacksonville, FL 32258**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,005.00

---

**3.26** **Nonpriority creditor's name and mailing address**

**Prokasro Services**

**13685 E Davies Pl,**

**Englewood, CO 80112**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,273.00

---

**3.27** **Nonpriority creditor's name and mailing address**

**Quicksilver Capital**

**181 S Franklin Ave**

**Valley Stream, NY 11581**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$71,250.00

---

**3.28** **Nonpriority creditor's name and mailing address**

**RedStone Underwriters**

**15301 Dallas Parkway Suite #500**

**Addison, TX 75001**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,355.00

---

| Debtor | **Alrod Logistics, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $194,450.00 |
|---|---|---|---|

**Sunbelt Rentals**

**2341 Deerfield Drive,**

**Fort Mill, SC 29715**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,284.00 |
|---|---|---|---|

**United Rentals (North America), Inc.**

**100 FIRST STAMFORD PLACE #700**

**Stamford, CT 06902**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139,281.00 |
|---|---|---|---|

**Vortex Technology**

**1861 Old Granart Rd, Suite D**

**Sugar Grove, IL 60554**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 |
|---|---|---|---|

**WG Johnson and Son**

**2430 NW 73rd Pl,**

**Gainesville, FL 32653**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Alrod Logistics, Inc.**    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,967.00 |

**Nonpriority creditor's name and mailing address**

White Cap

5409 Broadway Ave

Jacksonville, FL 32254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,967.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Alrod Logistics, Inc.**                                                    Case number *(if known)* _____
         Name

Part 3: List Others to Be Notified About Unsecured Claims

**4.**   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **RTR Recovery, LLC**  **370 Lexington Avenue, Suite 801**  **New York, NY 10017** | Line **3.9**  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Alrod Logistics, Inc.**
_____    Case number *(if known)* _____
　　　　　Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $55,000.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $2,368,037.51 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,423,037.51 |

Fill in this information to identify the case:

Debtor name _____ Alrod Logistics, Inc. _____

United States Bankruptcy Court for the:
_____ Middle District of Florida _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | disguised sale agreement commercial equipment and vehicles - to be rejected and treated as secured<br><br>Contract to be REJECTED | Vision Financial Group Inc.<br><br>615 Iron City Drive<br><br>Pittsburgh, PA 15205 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | factoring agreement<br><br>Contract to be ASSUMED | Amerifactors Financial Group, LLC<br><br>P.O. Box 628328<br><br>Orlando, FL 32862 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | bonding agreement<br><br>Contract to be ASSUMED | Nationwide Mutual Insurance Co.<br><br>Attn: John Tyszka<br><br>Po Box 182068<br><br>Columbus, OH 43218 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Alrod Logistics, Inc.**_____

United States Bankruptcy Court for the: _____**Middle**_____ District of _____**Florida**_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Alex Echeverria | 1492 Bellshore Cir. <br> Street <br><br> Jacksonville, FL 32218 <br> City          State          ZIP Code | Kapitus Funding | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Libertas Funding | ☐ D <br> ☑ E/F <br> ☐ G |
| | | LG Funding | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Quicksilver Capital | ☐ D <br> ☑ E/F <br> ☐ G |
| | | E Advance Services/Canacap | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Liquidbee 1 LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| | | MCA Resolve, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| | | CEMEX | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **Alrod Logistics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.2 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.3 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.4 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.5 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

**Fill in this information to identify the case:**

Debtor name _____Alrod Logistics, Inc._____

United States Bankruptcy Court for the:
_____Middle District of Florida_____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................................

| $0.00 |
|---|

   **1b. Total personal property:**

      Copy line 91A from *Schedule A/B*.................................................................................................

| $922,927.00 |
|---|

   **1c. Total of all property:**

      Copy line 92 from *Schedule A/B*.................................................................................................

| $922,927.00 |
|---|

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $1,309,825.60 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

| $55,000.00 |
|---|

   **3b. Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

| + $2,368,037.51 |
|---|

4. **Total liabilities**.................................................................................................................

| $3,732,863.11 |
|---|

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
| --- |
| Debtor name          Alrod Logistics, Inc. |
| United States Bankruptcy Court for the:<br>          Middle District of Florida |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023   to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | $750,000.00 |
| **For prior year:** | From 01/01/2022   to<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,880,935.00 |
| **For the year before that:** | From 01/01/2021   to<br>MM/ DD/ YYYY | 12/31/2021<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,195,627.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023   to<br>MM/ DD/ YYYY | Filing date | _____ | _____ |
| **For prior year:** | From 01/01/2022   to<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021   to<br>MM/ DD/ YYYY | 12/31/2021<br>MM/ DD/ YYYY | _____ | _____ |

| Debtor | Alrod Logistics, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Alex Echeverria_____ <br> Creditor's name <br> 1492 Bellshore Cir._____ <br> Street <br> _____ <br> Jacksonville, FL 32218_____ <br> City          State    ZIP Code | last 12 months | $200,839.73 | salary and distributions |
| **Relationship to debtor** <br> owner/President_____ | | | |

**5.**  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

| Debtor | Alrod Logistics, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

5.1.

Creditor's name

Street

City                    State      ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City          State    ZIP Code | | | |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Sunbelt Rentals v. Debtor | rental collection | Circuit Court Duval County FL | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 502 W Adams Street | ☐ Concluded |
| | | | Street | |
| | 16-2023-CA-009052 | | | |
| | | | Jacksonville, FL 32202 | |
| | | | City          State    ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Cemex v. Debtor | collection | Orange County County Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | | | Street | |
| | 2023 CC 08407 | | | |
| | | | City          State    ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | ENVIROWASTE SERVICES GROUP, INC. VS ALROD LOGISTICS, INC. ET AL | interpleader case with Liquibee AR | Miami Dade Circuit Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | | | Street | |
| | 2023-016879-CA-01 | | | |
| | | | City          State    ZIP Code | |

Debtor    Alrod Logistics, Inc.                                                    Case number *(if known)* _____
          Name

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Omega v. Nationwide Insurance | surety bond suit | Volusia County Circuit Court <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | 2023 32152 CICI | | | |
| | | | City          State     ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Liquidbee 1 v. Debtor | collection | Supreme Court of the State of New York Kings County <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | 511604/2023 | | | |
| | | | City          State     ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Fox Capital v. Debtor | collection | Broward County County Court <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | 06-2023-CC-004727 | | | |
| | | | City          State     ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | Court name and address |
| | Street | **Case title** | Name |
| | City          State     ZIP Code | **Case number** | Street |
| | | | City          State     ZIP Code |
| | | **Date of order or assignment** | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Debtor | Alrod Logistics, Inc. | | Case number (if known) _____ |
| | Name | | |

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

_____

Street

_____

_____

City                    State      ZIP Code

**Recipient's relationship to debtor**

_____

---

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law Offices of Mickler & Mickler, LLP | Attorney's Fee | 07/28/2023 | $10,762.00 |
| | **Address** | court costs | 07/28/2023 | $1,738.00 |
| | 5452 Arlington Expy.<br>Street | | | |
| | Jacksonville, FL 32211<br>City                    State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor   <u>Alrod Logistics, Inc.</u>                                      Case number *(if known)*_____
        Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City        State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | | |
| | City        State     ZIP Code | |

| Debtor | Alrod Logistics, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ | _____ <br><br> **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br><br> ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   Alrod Logistics, Inc.                                    Case number (if known) _____
         Name

| 18.1 | Ameris Bank | XXXX– _ _ _ _ | ☑ Checking | 2/2023 - bank | $0.00 |
|---|---|---|---|---|---|
| | Name | | ☐ Savings | froze and | |
| | | | ☐ Money market | closed acount | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | City        State     ZIP Code | | _____ | | |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | _____ | _____ | |
| | Street | _____ | _____ | |
| | _____ | **Address** | _____ | |
| | City        State     ZIP Code | _____ | _____ | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Cubesmart Rentals | _____ | closed in 1/2023 | ☑ No |
| | Name | _____ | _____ | ☐ Yes |
| | 5 Old Lancaster Rd | _____ | _____ | |
| | Street | _____ | _____ | |
| | _____ | **Address** | _____ | |
| | Malvern, PA 19355 | _____ | _____ | |
| | City        State     ZIP Code | _____ | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | _____ | _____ | |
| _____ | _____ | _____ | |
| Street | _____ | _____ | |
| _____ | | _____ | |
| City        State     ZIP Code | | | |

Debtor    Alrod Logistics, Inc.                Case number *(if known)* _____
      Name

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City      State    ZIP Code |  |  |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| City    State    ZIP Code | City      State    ZIP Code | _____ |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| City    State    ZIP Code | City      State    ZIP Code | _____ |  |

| Debtor | Alrod Logistics, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Okie Accounting Group, LLC<br>Name<br><br>3529 Bran Court West<br>Street<br><br>Jacksonville, FL 32277<br>City                State          ZIP Code | From 2019 _____  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City                State          ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Okie Accounting Group, LLC<br>Name<br><br>3529 Bran Court West<br>Street<br><br>Jacksonville, FL 32277<br>City                State          ZIP Code | _____<br>_____<br>_____ |

Debtor    Alrod Logistics, Inc.                                          Case number (if known) _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Alex Echeverria | _____ |
| Name | |
| 1492 Bellshore Cir. | _____ |
| Street | |
| _____ | |
| Jacksonville, FL 32218 | |
| City                State                ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                State                ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                State                ZIP Code |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alex Echeverria | 1492 Bellshore Cir. Jacksonville, FL 32218 | President, owner | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor    Alrod Logistics, Inc.                                                Case number *(if known)* _____
        Name

_____    _____    _____    From _____
                                                              To   _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Alex Echeverria<br>    Name<br><br>1492 Bellshore Cir.<br>Street<br><br><br>Jacksonville, FL 32218<br>City         State    ZIP Code | $200,839.73 | last 12 months | salary and distributions |

| Relationship to debtor |
|---|
| owner/President |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____08/01/2023_____
          MM/  DD/  YYYY

**X** /s/ Alejandro Echeverria _____          Printed name _____Alejandro Echeverria_____
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____President_____

Debtor    Alrod Logistics, Inc.                                      Case number *(if known)* _____
          Name

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

---

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Alrod Logistics, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Middle District of Florida</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | E Advance Services/Canacap C/O CORPORATION SERVICE COMPANY 80 State St. Albany, NY 12207 | | | Contingent Disputed Unliquidated | | | $69,787.00 |
| 2 | Fox Capital Group, Inc. 140 Broadway Fl 46 New York, NY 10005 | | | Contingent Disputed Unliquidated | | | $40,000.00 |
| 3 | Impreg 8000 Whitepine Road Richmond, VA 23237 | | | | | | $286,097.00 |
| 4 | Internal Revenue Service Attn: Bankruptcy 400 W. Bay Street Jacksonville, FL 32202 | | | | | | $55,000.00 |
| 5 | Kapitus Funding 120 W 45th St New York, NY 10036 | | | Contingent Disputed Unliquidated | | | $150,000.00 |
| 6 | LG Funding 1218 Union St Brooklyn, NY 11225 | | | | | | $97,950.00 |
| 7 | Libertas Funding 411 West Putnam Avenue Suite 220 Greenwich, CT 06830 | | | Contingent Disputed Unliquidated | | | $180,000.00 |
| 8 | Liquidbee 1 LLC 295 Madison Avenue Fl. 22 New York, NY 10017 | | | Contingent Disputed Unliquidated | | | $48,000.00 |

| Debtor | Alrod Logistics, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Mayer Construction Supply, LLC. 10 Eastgate Dr, Brunswick, GA 31525 | | | | | | $85,000.00 |
| 10 | MCA Resolve, LLC 220 Congress Park Dr, STE 215 Delray Beach, FL 33445 | | | Contingent Disputed Unliquidated | | | $337,000.00 |
| 11 | Omega Liner Company 515 Noid Road Canton, SD 57013 | | | | | | $395,001.00 |
| 12 | Quicksilver Capital 181 S Franklin Ave Valley Stream, NY 11581 | | | Contingent Disputed Unliquidated | | | $71,250.00 |
| 13 | Sunbelt Rentals 2341 Deerfield Drive, Fort Mill, SC 29715 | | | | | | $194,450.00 |
| 14 | United Rentals (North America), Inc. 100 FIRST STAMFORD PLACE #700 Stamford, CT 06902 | | | | | | $41,284.00 |
| 15 | United States of America c/o Small Business Administration 2 NORTH 20TH ST. #320 Birmingham, AL 35203 | | | | $88,000.00 | $50,000.00 | $38,000.00 |
| 16 | Vision Financial Group Inc. 615 Iron City Drive Pittsburgh, PA 15205 | | | | $411,298.23 | $200,000.00 | $211,298.23 |
| 17 | Vision Financial Group Inc. 615 Iron City Drive Pittsburgh, PA 15205 | | | | $137,425.28 | $70,000.00 | $67,425.28 |
| 18 | Vision Financial Group Inc. 615 Iron City Drive Pittsburgh, PA 15205 | | | | $78,590.36 | $35,000.00 | $43,590.36 |
| 19 | Vision Financial Group Inc. 615 Iron City Drive Pittsburgh, PA 15205 | | | | $75,900.00 | $35,000.00 | $40,900.00 |
| 20 | Vortex Technology 1861 Old Granart Rd, Suite D Sugar Grove, IL 60554 | | | | | | $139,281.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

**In re**   Alrod Logistics, Inc.

Case No. _____

**Debtor**                                                  Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................... $25,000.00

Prior to the filing of this statement I have received .................................................................. $10,762.00

Balance Due ................................................................................................................................. $14,238.00

2.  _____$1,738.00_____ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

4.  The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

5.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 08/01/2023 | /s/ Bryan K. Mickler |
| *Date* | Bryan K. Mickler |
| | *Signature of Attorney* |

Bar Number: 091790
Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211
Phone: (904) 725-0822

Law Offices of Mickler & Mickler, LLP
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: **Alrod Logistics, Inc.**                                          CASE NO

                                                                          CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____08/01/2023_____      Signature _____/s/ Alejandro Echeverria_____
                                                                          Alejandro Echeverria, President

Acme Barricades
9800 Normandy Blvd
Jacksonville, FL 32221

Alex Echeverria
1492 Bellshore Cir.
Jacksonville, FL 32218

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438

Alta Equipment Company
8750 Philips Hwy
Jacksonville, FL 32256

Amerifactors Financial Group,
LLC
P.O. Box 628328
Orlando, FL 32862

Ameris Bank
P.O. Box 105075
Atlanta, GA 30348

Cecil W. Powell Company
219 N. Newman St.
Jacksonville, FL 32202

CEMEX
10100 Katy Freeway, Suite 300.
Houston, TX 77043

Contech Engineered Solutions
9100 Centre Pointe Drive
West Chester, OH 45069

County Materials Corporation
25750 County Rd 561
Astatula, FL 34705

Cubesmart Rentals
5 Old Lancaster Rd
Malvern, PA 19355

E Advance Services/Canacap
C/O CORPORATION SERVICE COMPANY
80 State St.
Albany, NY 12207

Florida Department of
Revenue
P.O. Box 6668
Tallahassee, FL 32314

Ford Motor Credit Co., LLC
1 American Rd
Dearborn, MI 48126

Fox Capital Group, Inc.
140 Broadway Fl 46
New York, NY 10005

GapVax
575 Central Ave.
Johnstown, PA 15902

Garrett Sod Service, LLC
8435 Florence Cove Rd
Saint Augustine, FL 32092

GM Financial
4001 Embarcadero Dr
Arlington, TX 76014

Hoyer's Express Tree Service,
LLC
14798 SW 151st Ave
Brooker, FL 32622

Impreg
8000 Whitepine Road
Richmond, VA 23237

Internal Revenue Service
Attn: Bankruptcy
400 W. Bay Street
Jacksonville, FL 32202

Kapitus Funding
120 W 45th St
New York, NY 10036

Law Offices of Mickler &
Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211

LG Funding
1218 Union St
Brooklyn, NY 11225

Libertas Funding
411 West Putnam Avenue Suite 220
Greenwich, CT 06830

Liquidbee 1 LLC
295 Madison Avenue Fl. 22
New York, NY 10017

Manatee County Utilities
1112 Manatee Avenue West
Bradenton, FL 34205

Mayer Construction Supply,
LLC.
10 Eastgate Dr,
Brunswick, GA 31525

MCA Resolve, LLC
220 Congress Park Dr, STE 215
Delray Beach, FL 33445

Murray Ford
13447 US HWY 301
Starke, FL 32091

Nationwide Mutual Insurance
Co.
Attn: John Tyszka
Po Box 182068
Columbus, OH 43218

Omega Liner Company
515 Noid Road
Canton, SD 57013

Preferred Materials
6699 Colray Ct
Jacksonville, FL 32258


Prokasro Services
13685 E Davies Pl,
Englewood, CO 80112


Quicksilver Capital
181 S Franklin Ave
Valley Stream, NY 11581


RedStone Underwriters
15301 Dallas Parkway Suite #500
Addison, TX 75001


RTR Recovery, LLC
370 Lexington Avenue, Suite 801
New York, NY 10017


Sunbelt Rentals
2341 Deerfield Drive,
Fort Mill, SC 29715


United Rentals (North America), Inc.
100 FIRST STAMFORD PLACE #700
Stamford, CT 06902


United States of America
c/o Small Business Administration
2 NORTH 20TH ST. #320
Birmingham, AL 35203

Vision

Vision Financial Group Inc.
615 Iron City Drive
Pittsburgh, PA 15205

Vortex Technology
18150 Imperial Valley Drive
Houston, TX 77080

WG Johnson and Son
2430 NW 73rd Pl,
Gainesville, FL 32653

White Cap
5409 Broadway Ave
Jacksonville, FL 32254

Fill in this information to identify the case:

Debtor name _____ Alrod Logistics, Inc. _____

United States Bankruptcy Court for the:
_____ Middle District of Florida _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/01/2023__
    MM/ DD/ YYYY

X _/s/ Alejandro Echeverria_____
Signature of individual signing on behalf of debtor

_Alejandro Echeverria_____
Printed name

_President_____
Position or relationship to debtor

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to the debtor's condition on .

| | |
|---|---|
| a. Total assets | $922,927.00 |
| b. Total debts (including debts listed in 2.c., below) | $3,732,863.11 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐

d. Number of shares of preferred stock
e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business          Pipe lining

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: