[Dordst] [ORDER SCHEDULING TRIAL]

ORDERED.

Dated: January 30, 2024

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  
　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:23–bk–01820–BAJ  
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

Alrod Logistics, Inc.

　　　　　　　Debtor*　　　　　　　/

ORDER SCHEDULING TRIAL

The trial in the contested matter arising from the Motion for Relief from Stay Re: 2018 Ford F–250 Super Duty Crew Cab XL 4WD 6.2L V8; VIN: 1FT7W2B67JEB37225 (Document No. 182) filed by Ally Bank, will be held on February 22, 2024 , at 09:00 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202 , before the Honorable Jason A. Burgess, , United States Bankruptcy Judge. Accordingly, it is

**ORDERED**:

1. **Witness List.** The parties shall exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

2. **Exhibits.** Parties shall comply with all requirements of Local Rules 7001–1 and 9070–1 concerning Exhibits. Parties shall exchange exhibits no later than seven days before the date set for trial.

　　(a) **Objections to Authenticity.** Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

　　(b) **Self–Authentication.** If a party intends to rely upon the self–authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party shall file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

3. **Discovery Cutoff.** Parties shall complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

4. **Discovery Disputes.** The parties shall first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

5. **Meet and Confer Requirement.** Counsel for all parties shall confer within seven days prior to the trial and seek in good faith to settle the case.

6. **Additional deadlines.**

Avoid delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Gavin Stewart is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.