**ORDERED.**

Dated: February 20, 2024

*Jason A. Burgess*
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 3:23-bk-01820-BAJ |
| ALROD LOGISTICS, INC. | Chapter 11 |
| Debtor. | |

**AGREED ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. § 1191(B)**
**(CLASS 10 SECURED CLAIM OF ALLY BANK – 2018 DODGE 3500)**

THIS CASE is before the Court on the upon the Motion Pursuant to 11 U.S.C. § 1191(b) (Doc. No. 105) of the Debtor. The parties have agreed to the terms. Accordingly, it is

**ORDERED:**

1. The Motion Pursuant to 11 U.S.C. § 1191(b) (Doc. No. 105) is Granted as to Class 10;

2. Class 10 of Ally Bank shall be treated in the Chapter 11 plan as follows:

| 10 | Ally Bank Payment Processing Center P.O. Box 78367 Phoenix AZ 85062 | 2018 Dodge 3500 | 7.5% | $51,995.00 Claim No. 6 | $1041.88 in months 1-60 |
|---|---|---|---|---|---|

3. The remaining balance of Proof Claim Number 6-1, $539.35, shall be treated as an unsecured claim in the Chapter 11 Plan.

Consented to this 20th day of February, 2024 by:

*/s/ Gavin N. Stewart*
GAVIN N. STEWART
Attorney for Creditor
Stewart Legal Group, P.L.
P O Box 5703
Clearwater, FL 33758
(727)565-2653/FAX (727) 213-9022
Florida Bar No. 52899

By:   */s/ Bryan K. Mickler*
BRYAN K. MICKLER
Attorney for Debtor
Law Offices of Mickler &
Mickler, LLP
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 091790

"Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Bryan K. Mickler attests that concurrence in the filing of this paper has been obtained;"

*Attorney Bryan K. Mickler is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of the entry of this Order.*