**ORDERED.**

Dated: August 26, 2025

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In re:

ALROD LOGISTICS, INC.                    CASE NO.: 3:23-bk-01820-BAJ
                                         CHAPTER 11

    Debtor.
_____/

**AGREED ORDER GRANTING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
(*Cancels Hearing Set for August 26, 2025 at 10:30 AM*)

**THIS CASE** came on for consideration without a hearing on the Motion for Relief from the Automatic Stay ("Motion") filed by Ally Bank ("Movant") (Doc. 355).  By submission of this order for entry, the submitting counsel represents that the opposing counsel and opposing party consent to its entry.  Having considered the Motion and the agreement of the parties, it is

**ORDERED:**

1.    The Motion (Doc. 355) is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property: 2018 Dodge Commercial 3500 Ram 3500HD Chassis & Crew Cab; VIN: 3C7WRTCL8JG376632 (the "Collateral").

3. The automatic stay is modified to allow Movant to take any and all steps necessary to exercise any and all rights it may have in the Collateral, to gain possession of said Collateral, to have such other and further *in rem* relief as is just.

4. The 14-day stay under Federal Rule of Bankruptcy Procedure 4001 is waived by entry of this Order.

5. The preliminary hearing on the Motion set for August 26, 2025 at 10:30 AM is canceled by entry of this Order.

###

Attorney Gavin N. Stewart is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.